IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VANTREASE FRAZIER     PLAINTIFF

VS.     CIVIL ACTION NO. 5:21-cv-7-DCB-FKB

VICTORIA CARTER, Detective     DEFENDANT

## ORDER STAYING CASE

IT IS ORDERED that this action is **STAYED** pending the termination of the state court criminal proceedings against Plaintiff.

IT IS FURTHER ORDERED that Plaintiff is required to file with the Clerk of this Court a motion to lift the stay of this civil action within 30 days of the termination of the state court criminal proceedings against him.

IT IS FURTHER ORDERED THAT the Clerk of Court is directed not to close this case for statistical purposes as directed in Order [36] but to Stay the Case until further order of the court.

SO ORDERED AND ADJUDGED this the 30th day of March 2022.

/s/ David Bramlette
UNITED STATES DISTRICT COURT JUDGE